AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

National Parks Conservation Association, et al.

**SUMMONS IN A CIVIL CASE**

V.

Dirk Kempthorne, in his official capacity as the Secretary of the United States Department of the Interior, et al.

Case: 1:09-cv-00013
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 1/6/2009
Description: Admn. Agency Review

TO: (Name and address of Defendant)

Hon. Michael B. Mukasey
Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Audrey E. Moog, Jonathan L. Abram and Michael S. Steinberg
Hogan & Hartson LLP
555 13th Street NW
Washington, DC  20004

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

JAN 0 6 2009

CLERK

DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| National Parks Conservation Association, et al. <br><br> Plaintiff(s) <br><br> v. <br><br> Dirk Kempthorne, in his official capacity as Secretary of the United States Department of the Interior, et al. <br><br> Defendant(s) | Case No.: 1:09-CV-00013 CK-K |

## AFFIDAVIT OF SERVICE

I, Alex Hernandez, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED: Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial Electronic Case Filing Order; Certificate Rule LCvR 7.1; Complaint for Declaratory and Injunctive Relief and Petition for Review of Agency Action; Motion for Preliminary Injunction; Plaintiffs' Memorandum In Support of Motion for Preliminary Injunction; [Proposed] Order; Notice of Designation of Related Civil Cases Pending in this or any other United States Court; Civil Cover Sheet; and Exhibits A - D

SERVE TO: Honorable Michael B. Mukasey, Attorney General of the United States
SERVICE ADDRESS: 950 Pennsylvania Avenue, NW, Washington, DC 20530

DATE SERVED: January 06, 2009   TIME SERVED: 2:45 PM

PERSON SERVED: Roosevelt Williams, General Clerk, authorized to accept.

Described herein:
Gender: Male   Race/Skin: Black   Hair: Black   Age: 24   Height: 5'11"   Weight: 155

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

1-7-09
Executed on:

Alex Hernandez
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 09-013300

Client Reference: 90334-000281